# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAVIER P.,[1]
(A Number: 097-775-026)

Petitioner,

v.

WARDEN, *Mesa Verde ICE Processing Facility*,

Respondent.

Case No. 1:26-cv-08419-JLT-EGC (HC)

**ORDER TO SHOW CAUSE WHY PETITION SHOULD NOT BE GRANTED**

(Doc. 1)

Javier P. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner states he has been continuously detained by Immigration and Customs Enforcement for over a year. Petitioner claims their detention has become unreasonably prolonged in violation of their due process rights and that they are entitled to release under *Zadvydas v. Davis*, 533 U.S. 678 (2001).

Because Petitioner may be entitled to relief if the claimed violations are proved, Respondent IS ORDERED TO SHOW CAUSE why the Petition should not be granted. Rule 4, Rules Governing Section 2254 Cases; *see* Rule 1(b), Rule 11, Rules Governing Section 2254 Cases; Fed. R. Civ. P. 81(a)(2).

In their response, Respondent is ORDERED to address if, and if so how, the issues

[1] As recommended by the Committee on Court Administration and Case Management of the Judicial Conference of the United States, the Court omits Petitioner's full name, using only their first name and last initial, to protect sensitive personal information. *See* Memorandum re: Privacy Concern Regarding Social Security and Immigration Opinions, Committee on Court Administration and Case Management, Judicial Conference of the United States (May 1, 2018), https://www.uscourts.gov/sites/default/files/18-cv-l-suggestion_cacm_0.pdf.

presented in the present petition differ from those resolved in the Court's prior orders. *See*, *e.g.*, *Obando Vargas v. Blanche*, No. 1:26-cv-05343-DAD-AC (HC), 2026 WL 2056618 (E.D. Cal. July 16, 2026); *Galvan Olamendi v. Chestnut*, No. 1:26-CV-5946-TLN-JDP, 2026 WL 2529758, at *1 (E.D. Cal. Aug. 27, 2026), *report and recommendation adopted sub nom. Galvan O. v. Chestnut*, No. 1:26-CV-5946-TLN-JDP, 2026 WL 2588507 (E.D. Cal. Sept. 1, 2026); *Felipe B.D. v. U.S. Att'y Gen.*, No. 1:26-CV-05510-KES-EGC (HC), 2026 WL 2334158 (E.D. Cal. Aug. 12, 2026), *report and recommendation adopted sub nom. B.D. v. U.S. Att'y Gen.*, No. 1:26-CV-05510-KES-EGC (HC), 2026 WL 2546626 (E.D. Cal. Aug. 28, 2026).

Respondent SHALL include a copy of all relevant portions of Petitioner's Alien File and any and all other documentation relevant to the determination of the issues raised in the petition. Rule 5 of the Rules Governing Section 2254 Cases. In the event the Petitioner is released from ICE custody during the pendency of this Petition, the parties SHALL notify the Court by filing a Motion to Dismiss the Petition or other proper pleading.

Accordingly, Respondent is ORDERED TO SHOW CAUSE why the Petition should not be granted. The Response to the Order to Show Cause is due within four (4) days of the date of service of this order.

The Court has determined that this matter is suitable for decision without oral argument pursuant to Local Rule 230(h).

The Clerk of Court is DIRECTED to serve a copy of this order on Petitioner at their last known address as reflected on the docket.

IT IS SO ORDERED.

Dated: **October 15, 2026**

Erin Sung Castillo
UNITED STATES MAGISTRATE JUDGE